

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

Jamila Justine Willis
jamila.willis@dlapiper.com
T  212.335.4500
F  212.335.4501

June 12, 2019

The Honorable James L. Garrity, Jr.
United States Bankruptcy Judge
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:  ***In re Arcadia Group (USA) Limited (in Administration)***
     **Case No. 19-11650 (JLG)**

Dear Judge Garrity,

This firm represents Dan Francis Butters and Ian Colin Wormleighton, in their capacity as the duly authorized foreign representatives (in such capacity, jointly the "**Foreign Representatives**") of Arcadia Group (USA) Limited (in Administration) as a debtor in administration under English law, pursuant to the Insolvency Act 1986 (the "**UK Proceeding**"), sealed and endorsed by the High Court of Justice, the Business and Property Courts of England and Wales, Insolvency and Companies List in the above-referenced case.

On May 22, 2019, upon consideration of the *Motion of the Foreign Representatives for Entry of an Order (A) Scheduling Hearing on Chapter 15 Petition and Recognition and (B) Specifying Form and Manner of Service of Notice* [ECF No. 7] (the "**Recognition Motion**"), this Court entered the *Order Scheduling Hearing on Chapter 15 Petition and Recognition and Specifying Form and Manner of Service of Notice* [ECF No. 18] (the "**Scheduling Order**") among other things, scheduling the hearing on the recognition of the UK Proceeding as a foreign main proceeding and related relief for June 14, 2019 at 2:00 p.m. (ET) (the "**Recognition Hearing**").

On May 24, 2019, this Court entered the *Interim Order (I) Authorizing the Liquidation of Inventory Free and Clear of All Liens, Claims and Encumbrances, (II) Approving the Consulting Agreement and (III) Approving the Sale Guidelines* [ECF No. 25] (the "**Interim Liquidation Order**") among other things, scheduling the final hearing on the Foreign Representative's *Motion for Entry of an Order (I) Authorizing the Liquidation of Inventory Free and Clear of All Liens, Claims and Encumbrances, (II) Approving the Consulting Agreement and (III) Approving the Sale Guidelines* [ECF No. 20] (the "**Liquidation Motion**") for June 14, 2019 at 2:00 p.m. (ET) (the "**Final Liquidation Hearing**" and, collectively with the Recognition Hearing, the "**Hearing**").

EAST\167116864.2



The Honorable James L. Garrity, Jr.
June 12, 2019
Page 2

In consideration of scheduling conflicts of certain parties in interest and other matters scheduled for hearing on June 14, 2019 at 2:00 p.m. (ET), the Foreign Representatives request that the Hearing to consider the recognition of the UK Proceeding and final approval of the Liquidation Motion presently scheduled for June 14, 2019 at 2:00 p.m. (ET) be rescheduled to a hearing set during the third week of July 2019.

This is the first adjournment requested by the Foreign Representatives. Further, all parties that have filed an objection or other response to the Recognition Motion and/or the Liquidation Motion, as well as the Office of the United States Trustee for the Southern District of New York, have consented to the request for adjournment set forth in this letter.

Respectfully submitted,

**DLA PIPER LLP (US)**

Jamila J. Willis